**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, and AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br>      Plaintiffs,<br>    v.<br>CENTRAL INTELLIGENCE AGENCY,<br>      Defendant. | Civil Action No. 18-2784 (CKK) |

**ORDER**
(March 5, 2019)

This case comes before the Court upon the filing of Defendant's Answer to Plaintiffs' Complaint. In light of this filing, it is this 5th day of March, 2019, hereby

**ORDERED** that the parties shall MEET AND CONFER and file a Joint Status Report proposing a schedule for proceeding in this matter. The schedule should address the status of Plaintiffs' FOIA request, the anticipated number of documents responsive to Plaintiffs' FOIA request, the anticipated date(s) for release of the documents requested by Plaintiffs, whether a motion for an *Open America* stay is likely in this case, whether a *Vaughn* index will be required in this case, etc. The parties shall file the schedule not later than **APRIL 4, 2019**.

**SO ORDERED.**

                                                                       /s/
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge