UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>*Defendant.* | Civil Action No. 18-2784 (CJN) |

## CONSENT MOTION TO RESCHEDULE SUMMARY JUDGMENT HEARING

On June 7, 2021, the Court set a hearing for June 16, 2021 on Defendant's Motion for Summary Judgment. For the reasons discussed below, Defendant respectfully moves to reschedule that hearing. A proposed order is attached hereto.

There is good cause to support this motion. The undersigned counsel is currently on parental leave until June 21, 2021. As the primary caregiver for his infant son, the undersigned counsel is unable to prepare for or attend the hearing at this time. The undersigned counsel conferred with Plaintiff's counsel about this motion. Plaintiffs' counsel stated that Plaintiffs consent to this motion and that, because of their existing deadlines and holiday plans, Plaintiffs respectfully request a rescheduled hearing date on or after July 7. The undersigned counsel is available on or after July 7.

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO

Deputy Director, Federal Programs Branch

/s/ *Joshua M. Kolsky*
JOSHUA M. KOLSKY
Trial Attorney
D.C. Bar No. 993430
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW Washington, DC 20005
Tel.: (202) 305-7664
Fax: (202) 616-8470
E-mail: joshua.kolsky@usdoj.gov

*Attorneys for Defendants*